UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

REGINALD BROWN,

    Plaintiff,

vs.                                      CASE NO.: 1:21-CV-03036-VCM-CCB

SELIG PARKING, INC.,

    Defendant.       /

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

    Pursuant to Federal Rules of Civil Procedure 41(a)(1), by and through the undersigned counsel, the Parties agree that the above-styled action of the Plaintiff, REGINALD BROWN, against Defendant, SELIG PARKING, INC., be dismissed with prejudice. The parties further state that they have resolved this matter in its entirety, and each party will be responsible for their respective attorneys' fees and costs. The parties respectfully request that a Joint Dismissal With Prejudice be entered.

    Dated this 12th day of April, 2022.

Respectfully submitted by,

/s/ MATTHEW GUNTER                /s/ TRACIE JOHNSON MAURER
Matthew Gunter, Esq.                 Tracie Johnson Maurer, Esq.
FLBN: 0077459                           GABN: 395670

| | |
|---|---|
| Jeremy Stephens, Esq. | Ronald M. Fields, Esq. |
| Morgan & Morgan, P.A. | GABN 42656 |
| P.O. Box 4979 | Jackson Lewis, P.C. |
| Orlando, FL  32802-4979 | 171 17th Street NW, Suite 1200 |
| Telephone: (407) 420-1414 | Atlanta, GA 30363 |
| Facsimile: (407) 867-4791 | Telephone: (404) 525-8200 |
| Email: MGunter@forthepeople.com | Facsimile: (404) 525-1173 |
| | Email: tracie.maurer@jacksonlewis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |